UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
LAUREL ZUCKERMAN, AS ANCILLARY                                 :
ADMINISTRATRIX OF THE ESTATE OF                                :   Index No. 16-civ-07665 (LAP)
ALICE LEFFMANN,                                                :
                                                               :
                   Plaintiff,                          :
                                                               :   **NOTICE OF INTENT TO RELY**
        vs.                                            :   **ON ITALIAN LAW**
                                                               :   **PURSUANT TO FRCP 44.1**
THE METROPOLITAN MUSEUM OF ART,                                :
                                                               :
                 Defendant.                          :
                                                               :
-------------------------------------------------------------- x

        PLEASE TAKE NOTICE that Plaintiff, pursuant to Fed. R. Civ. P. 44.1, intends to rely upon Italian law in support of Plaintiff's Amended Complaint, including the 1865 Italian Civil Code and the 1942 Italian Civil Code.

Dated: New York, New York
       January 20, 2017                     Respectfully submitted,

                                               HERRICK, FEINSTEIN LLP

                           By:    */s/ Lawrence M. Kaye*
                                    Lawrence M. Kaye
                                    Howard N. Spiegler
                                    Ross L. Hirsch
                                    Yael M. Weitz

                                    2 Park Avenue
                                    New York, New York 10016
                                    Tel: (212) 592-1410
                                    Fax: (212) 592-1500
                                    *Attorneys for Plaintiff*