# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LAUREL ZUCKERMAN, AS ANCILLARY ADMINISTRATRIX

OF THE ESTATE OF ALICE LEFFMANN

(List the full name(s) of the plaintiff(s)/petitioner(s).)

16 CV 07665 (LAP) (

-against-

**NOTICE OF APPEAL**

THE METROPOLITAN MUSEUM OF ART

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: LAUREL ZUCKERMAN, AS ANCILLARY ADMINISTRATRIX OF THE ESTATE OF ALICE LEFFMANN

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☐ order entered on: 02/07/2018

(date that judgment or order was entered on docket)

that: granted Defendant's motion to dismiss the Amended Complaint.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

3/5/18
Dated

[Signature]
Signature*

Kaye, Lawrence, M.
Name (Last, First, MI)

| 2 Park Avenue | New York | NY | 10016 |
|---|---|---|---|
| Address | City | State | Zip Code |

212-592-1410                    lkaye@herrick.com
Telephone Number              E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13